August 7, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

TOMMY EARL HUTCHINS, Appellant

NO. 14-13-00358-CR                    V.

THE STATE OF TEXAS, Appellee

_____

This cause was heard on the transcript of the record of the court below, and having inspected the record, the Court holds there was no error in the judgment requiring reversal, but there was error in the judgment as entered, which is capable of reformation by this Court. Therefore, the judgment is **REFORMED**, to read that the pleas to the first and second enhancements paragraphs were "Not True" and the findings on the first and second enhancement paragraphs were "True."

The Court orders the judgment **AFFIRMED** as **REFORMED**.

We further order this decision certified below for observance.